■ In the Matter of COURTNEY NICOLE R., Respondent, v MORAVIA CENTRAL SCHOOL DISTRICT, Appellant. (Appeal No. 1.) [813 NYS2d 320]—Appeal from an order of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered March 29, 2005. The order granted petitioner's application for leave to serve a late notice of claim.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.